APPROVED.

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY N. LEVAN, | ) |
| | ) NO. 3:09-1040 |
| Plaintiff, | ) |
| | ) Judge Wiseman |
| v. | ) |
| | ) Magistrate Judge Knowles |
| HOBBY LOBBY STORES, INC., | ) |
| | ) Jury Demand |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO HOBBY LOBBY STORES, INC.**

Come the Plaintiff and Defendant, by and through counsel, and stipulate the dismissal of Plaintiff's action against Hobby Lobby Stores, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(ii), with prejudice effective immediately upon filing. Each party is responsible for their own attorney's fees and costs, discretionary and otherwise.

Respectfully submitted this 16th day of December, 2010.

    BY: **/s David Lee Cooper**
    **David Lee Cooper**
    BPRN 11445
    Attorney for Plaintiff
    208 3rd Avenue North, Suite 300
    Nashville, Tennessee 37201-1642
    (615) 256-1008

    **LEITNER, WILLIAMS, DOOLEY
    & NAPOLITAN, PLLC**

    BY: **/s Christen C. Blackburn**
    **George H. Rieger, II**
    BPRN 16273
    **Christen C. Blackburn**
    BPRN 27104
    Attorneys for Defendant
    414 Union Street, Suite 1900
    Nashville, Tennessee 37219-1782